

DRISKELL & GORDON
Jason A. Fetchik, SBN 227832
180 No. Glendora Avenue, Suite 201
Glendora, CA 91741

Phone: (626) 914-7809
Fax: (626) 335-7091

Attorneys for Plaintiff

# UNITED STATES FEDERAL COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM INTERNATIONAL VIDEO DUBBING AND DISTRIBUTION CORP.<br><br>Plaintiff<br><br>vs.<br><br>MAY NGAN 1 VIDEO, ETC, el al. | Case No.: SACV 96-5 GLT (EEX)<br><br>JUDGMENT (AS RENEWED) |

Judgment in this matter was entered on June 23, 1998. Subsequent to that, Judgment Creditor timely filed an application to renew judgment.

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby renewed in favor of Vietnam International Video Dubbing and Distributing Corporation against Randy Russell and Chris Huy Ho in the amount of $322,407.10. This judgment shall earn interest annually at the rate of 10%, as previously agreed by the parties.

DATED: JUN 23, 2008

Chief Judge of the District Court
ALICEMARIE H. STOTLER